# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE EARL HASKIN,<br><br>            Petitioner,<br><br>     v.<br><br>STU SHERMAN,<br><br>            Respondent. | Case No.: CV 16-07767-JAK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 14, 2017

_____
JOHN A. KRONSTADT
United States District Judge